**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Martin

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PETER MICHAEL MARTIN,<br><br>　　　　Defendant. | Case No. 07MJ2846-BLM-01<br><br>**NOTICE OF APPEARANCE** |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 12, 2007　　　　　　　　　　 s/ *Amber Baylor*
　　　　　　　　　　　　　　　　　　　　　　　　**AMBER BAYLOR**
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Martin
　　　　　　　　　　　　　　　　　　　　　　　　Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: December 12, 2007     /s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: Amber_Baylor@fd.org