# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _07MJ 2846_ |
| · Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| **Martin (1)** ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge, **Barbara L. Major**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

**Sandra Gutierrez-Garcia**

DATED: __12/13/07__

**Barbara L. Major**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                   **DUSM**

                                    **OR**

                        W. SAMUEL HAMRICK, JR.   Clerk

                        by _____
                                    **Deputy Clerk**
                        **M. Behning**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082